### RED TOP CAB AND BAGGAGE CO., a Florida Corporation, for the use and benefit of M. F. Fountaine and UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland corporation, authorized to do business in the State of Florida, v. HONORABLE GEORGE E. HOLT, as Judge of the Circuit Court of the Eleventh Judicial Circuit of Florida in and for the County of Dade, and ADELINE M. DORNER, a single woman and resident of the State of Michigan.

16 So. (2nd) 649                January Term, 1944
February 15, 1944                  En Banc
Rehearing Denied March 1, 1944

*E. F. P. Brigham,* for petitioners.

*George J. Baya,* for respondent.

ADAMS, J.:

On petition for a writ of mandamus we review an order of the Circuit Court of Dade County quashing service of process pursuant to Sec. 47.30, F.S. '41, F.S.A.

Process was sought to answer an action for damages by reason of the negligent operation of an automobile. The declaration alleged that defendant was a resident of the State of Michigan. The Circuit Court quashed the attempted service because the declaration did not allege that the defendant was a nonresident at the time of the collision.

It is necessary, therefore, for us to determine whether the plaintiff must allege the nonresidence of defendant at the time of the accrual of the cause of action in order to procure service of process under this statute.

The statute rests upon the principle of agency and the relationship exists only where defendant is a nonresident. It is, therefore, indispensable that the record show the nonresident status at the time the cause of action accrues.

The petition for mandamus is denied.

BUFORD, C. J., TERRELL, BROWN, THOMAS and SEBRING, JJ., concur.

CHAPMAN, J., dissents.